IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM JONES | : | NO. 10-400 |

## ORDER

**AND NOW**, this 11th day of May, 2011, upon consideration of Defendant's Motion to Suppress (Docket No. 56), Defendant's Supplemental Motion to Suppress (Docket No. 64), all documents submitted in connection therewith, and the Hearing held on April 12, 2011, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Suppress (Docket No. 56) is **GRANTED**.

2. Physical evidence seized during the November 20, 2009 search of 526 N. 59th Street in Philadelphia is **SUPPRESSED**.

3. The Supplemental Motion to Suppress (Docket No. 64) is **DISMISSED AS MOOT**.

BY THE COURT:

\_\_\_\_S/ JOHN R. PADOVA\_\_\_\_\_
John R. Padova, J.